# Order

Michigan Supreme Court
Lansing, Michigan

April 16, 2021

Bridget M. McCormack,
Chief Justice

161976(46)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MARIANNE HUFF and PERSON
CENTERED ADVOCACY SERVICES,
LLC,
      Plaintiffs-Appellants,

v

LYNNE DOYLE, STACY COLEMAN-AX,
and JEFFREY L. BROWN,
      Defendants-Appellees,
and

DOUGLAS VAN ESSEN, COMMUNITY
MENTAL HEALTH OF OTTAWA COUNTY,
and THE LAKESHORE REGIONAL ENTITY,
      Defendants.
_____/

SC: 161976
COA: 349528
Ottawa CC: 18-005222-NZ

      On order of the Chief Justice, the motion of defendant-appellee Doyle to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on December 16, 2020, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2021



Clerk